**Order entered February 27, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01342-CV

### KENNETH D. MURPHY, Appellant

### V.

### ALFONSO FELIPE MEJIA ARCOS, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-11187**

## ORDER

Before the Court is the February 25, 2019 request of Antionette Reagor, Official Court Reporter for the 68th Judicial Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **March 11, 2019**.

/s/    ERIN A. NOWELL
       JUSTICE